EMIL SALERNO et al., Appellants, *v.* RANDAL HOLDEN, Respondent.

Argued November 26, 1940; decided December 31, 1940.

*Edgar Hirschberg* for appellants.

*Gabriel Elias, Edward J. Wren* and *Jonathan Holden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.